

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2020

No. 04-20-00383-CV

**IN THE INTEREST OF L.S. AND W.S., CHILDREN,**

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2018-10-32406-CV
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

Appellee's brief is currently due December 28, 2020. On December 22, 2020, appellee filed a motion requesting an extension of time to file the brief until February 8, 2021, for a total extension of 42 days. After consideration, we **GRANT** the motion and **ORDER** appellee to file her brief by February 8, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court